942

No. 557. CRISP COUNTY, GEORGIA, ET AL. *v.* SEABOARD AIR LINE RAILROAD CO. C. A. 5th Cir. Certiorari denied. *H. H. Perry, Jr.* for petitioners. *Charles T. Abeles* for respondent.

No. 565. AMERICAN DREDGING CO. *v.* GULF OIL CORP. ET AL. C. A. 3d Cir. Certiorari denied. *T. E. Byrne, Jr.* for petitioner. *Thomas F. Mount* and *Richard W. Palmer* for Atlantic Refining Co., *Raymond T. Greene* for Esso Standard Oil Co., *Thomson F. Edwards* for Gulf Oil Corp., and *Joseph M. Brush* for Texaco, Inc., respondents.

No. 572. BUSH ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Hobart F. Atkins* for petitioners. *Solicitor General Rankin* for the United States.

No. 552. ESTATE OF CUNHA *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE WHITTAKER is of the opinion certiorari should be granted. *Thomas J. Beddow* and *Meade C. Patrick* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *L. W. Post* for respondent.

No. 578. SCHWARTZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Jacob Kossman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 413, Misc. DICKSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.